148 A.3d 753

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. EDEL-BARTO PADILLA (A/K/A LEO DEL MONTE, LEO DEL-MONTE, ERIC CORTEZ, RAUL HERNANDEZ, HERBERTO PADILLA, MICHAEL LANDON, ERICKSON J. PAZ, ERICSON PAZ, ERICSON PAZARIELO, ERICSON PZARIELO, MICHAEL L. PAZARIELO, ERIC SANTANA, ERIK SANTANA, MICHAEL LAURARA, LEO DELEON, AND LEO DEMICH), DEFEN-DANT-PETITIONER.

FILED July 26, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-002446-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.